**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**
-----------------------------------------------------------------x
JULIA TORRES,

               Plaintiff,

-against-

MORADO CORP, a New Jersey corporation,
d/b/a MORADO-FORT LEE, and KAY CEE
CORP, a New Jersey corporation,

               Defendants
-----------------------------------------------------------------x

Case No.: 25-cv-01073

**STIPULATION OF VOLUNTARY DISMISSAL OF DEFENDANT MORADO CORP ONLY PURSUANT TO FED.R.CIV.R. 41(a)(1)(A)(ii)**

**IT IS HEREBY STIPULATED AND AGREED**, by and between Plaintiff Julia Torres and Defendant Morado Corp., through their respective counsel, that all claims asserted against Defendant Morado Corp., in the above-captioned action are hereby voluntarily dismissed without prejudice, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, with each party to bear their own attorneys' fees and costs.

This stipulation does not affect any claims against the remaining Defendant.

Dated: November 17, 2025

By: _/s/ Robert J. Mirel_
Robert J. Mirel
The Weitz Law Firm, P.A.
18305 Biscayne Blvd, Suite 214
Aventura, Florida 33160
Telephone: 305-949-7777
rjm@weitzfirm.com
Attorney for Plaintiff

By: _/s/ Diane H. Lee_
Diane H. Lee
The Law Offices of Diane H. Lee
1630 Center Avenue
Fort Lee, NJ 07024

11 E. 44th Street, Suite 1001
New York, NY 10017
Telephone: 201-363-0101
               201-482-4183
               551-309-9833
DLEE@DHLLAW.COM
Attorney for Defendant Morado Corp.